FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 24 2017

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          NO. 4:16CR00191-01 BSM

THEODIS DIXSON                                                    DEFENDANT

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on March 22, 2017, is hereby amended to reflect that the defendant is not required to participate in a substance abuse treatment program.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 24th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE